AO 442 (Rev. 11/11) Arrest Warrant

F#11357555

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

~~SEALED~~

United States of America
v.
Muse Mohamud Mohamed

Defendant

Case No. CR 21-245 NEB/JFD



RECEIVED
NOV 24 2021
CLERK, U.S. DISTRICT COURT
ST. PAUL, MINNESOTA

RECEIVED
US MARSHALS
SAINT PAUL, MN
2021 NOV 18 PM 1:21

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Muse Mohamud Mohamed,
who is accused of an offense or violation based on the following document filed with the court:

✓ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court
☐ Pretrial Release Violation Petition

This offense is briefly described as follows:

Counts 1-2: False Declaration Before Grand Jury, 18:1623(a).

Date: 11/18/2021

_____M. Fogarty_____
Issuing officer's signature

City and state: Saint Paul, MN

Kate M. Fogarty, Clerk of Court
*Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

ARRESTED ON 11/22/2021
ARRESTED BY FBI

U.S. MARSHAL
DISTRICT OF MINNESOTA
BY: _____

*Arresting officer's signature*

*Printed name and title*

SCANNED
NOV 24 2021
U.S. DISTRICT COURT ST. PAUL